USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
K.A., ET AL.,

                              Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                              Defendant.
-------------------------------------------------------------- x

1:18-cv-03858 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of parties letters dated June 29, 2018 and July 3, 2018 regarding Defendants' request for a pre-motion conference to discuss its motion to dismiss, Plaintiffs' request for leave to amend the Complaint and for the Court to so order Plaintiffs' subpoenas to third parties. Defendants' request for a pre-motion conference is hereby GRANTED. The Court will consider all issues raised in the letters at this conference. Both parties shall appear on July 18, 2018 at 11:30 am in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
            July 5, 2018

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge