UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER SCHEDULING TELEPHONE DISCOVERY CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

An Initial Conference in this matter was held today, January 14, 2020.

To further discuss the discovery schedule, a telephone conference is scheduled for

**Friday, January 17, 2020 at 11:00 am,** after which a discovery scheduling order will be issued.

The parties are directed to jointly call Chambers at (212) 805-0214 at the scheduled time.

Dated:    New York, New York
            January 14, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**