UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

           Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER SCHEDULING TELEPHONE DISCOVERY CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Letter Motions requesting discovery conferences in connection with the anticipated motions to quash (ECF No. 59), and for bifurcation (ECF No. 61). The requests for conferences are GRANTED.

The parties are directed to jointly call Chambers at 212-805-0214 on **Tuesday, March 24, 2020 at 11:00 am**. The parties shall be prepared to discuss both motions at this time.

Further, the telephone conference currently scheduled for Tuesday, June 23, 2020 at 10:00 am is ADJOURNED until **Tuesday, June 30, 2020 at 10:00 am**. The parties are directed to jointly call Chambers at the scheduled time.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 59 and 61.

Dated:     New York, New York
           March 10, 2020            SO ORDERED

_Sarah L. Cave_
**SARAH L. CAVE
United States Magistrate Judge**