UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                      Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, March 24, 2020, the Court GRANTS Defendants' request for a preliminary stay of discovery pending Judge Carter's ruling on Defendants' request for a Summary Judgment briefing schedule. (ECF No. 60). After Judge Carter rules on Defendants' request, the Court will revisit the other requests contained in the Letter Motions at ECF Nos. 59 and 61.

Dated:      New York, New York
             March 24, 2020

                                            SO ORDERED

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**