USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**K.A.,** *individually and on behalf of a class of all others similarly situated*, and **D.S.,**

**Plaintiffs,**

-against-

**THE CITY OF NEW YORK, ET AL.,**

**Defendants.**

**1:18-cv-03858 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' pre-motion conference letter dated March 25, 2020. ECF No. 69. Plaintiffs are hereby **ORDERED** to respond to said letter on or before **April 2, 2020.**

**SO ORDERED.**

**Dated:** **March 31, 2020**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**