USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

K.A., *individually and on behalf of a class of others similarly situated, and* D.S.,

                           **Plaintiffs**,

       -against-

**THE CITY OF NEW YORK, ET AL.,**

                           **Defendants**.

1:18-CV- 3858 (ALC)

<u>ORDER</u>

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the request from Plaintiffs to adjourn the June 4, 2020 conference and appear telephonically on a rescheduled date. ECF No. 77. Plaintiffs' request is GRANTED. The conference is hereby rescheduled to June 19, 2020 at 12:00pm. The Parties will appear by telephone (Phone No. (888) 363-4749 - access code: 3768660).

**SO ORDERED.**

**Dated:**       **New York, New York**
                **June 2, 2020**

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**