UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, July 6, 2020, the Court orders as follows:

The settlement conference currently scheduled for July 14, 2020 at 10:00 am is **ADJOURNED** sine die, pending the new discovery schedule.

The parties are directed to meet and confer regarding the discovery timeline. By **Friday, July 17, 2020**, the parties shall submit a joint proposed schedule for the remainder of discovery, which should include a proposed alternative settlement conference date. To the extent the parties disagree about any portion of the discovery schedule, they may set forth their respective proposals for the disputed provision, without argument.

The parties are encouraged to review the Court's templates regarding the production of ESI and procedures for taking remote depositions, available on the Court's website: https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Clerk of Court is respectfully directed to terminate the settlement conference.

Dated:      New York, New York
              July 6, 2020

SO ORDERED

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge