UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

  -v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, November 16, 2021, the Court orders as follows:

1. Plaintiffs shall promptly serve an interrogatory regarding a search, by Book and Case number, of the Department of Corrections' ("DOC") electronic log of Plaintiffs' visits to all DOC clinics during the period of their detention ( the "Interrogatory");

2. Defendants shall respond to the Interrogatory **within seven days of service**;

3. A telephone conference is scheduled for **Friday, December 3, 2021 at 3:30 pm** on the Court's conference line (the "December 3 Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time; and

4. The summary judgment briefing schedule remains ADJOURNED sine die, and Defendants' request to re-open Plaintiff D.S.'s deposition is HELD IN ABEYANCE. The Court will address these issues at the December 3 Conference.

Dated:     New York, New York
            November 16, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**