UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                      Plaintiffs,

-v-                                    CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER**

THE CITY OF NEW YORK, et al.,

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, December 3, 2021, the Court orders as follows:

1. By **December 16, 2021**, Defendants may serve requests for admission limited to (i) Plaintiff D.S.'s medical treatment following her discharge from the Department of Corrections' ("DOC") custody and (ii) whether D.S. submitted to DOC the handwritten complaints that she produced after her deposition in this matter. Defendants' request to re-open D.S.'s deposition remains HELD IN ABEYANCE;

2. A telephone conference is scheduled for **Friday, December 17, 2021 at 10:00 am** on the Court's conference line (the "December 17 Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time;

3. The summary judgment briefing schedule remains ADJOURNED sine die, and will be re-scheduled at the December 17 Conference; and

4. If the parties resolve their discovery issues without the need for further Court intervention, they shall file a letter by **December 14, 2021** requesting to cancel the

December 17 Conference.  Their letter shall also include a proposed summary judgment briefing schedule.

Dated:     New York, New York         SO ORDERED.
           December 3, 2021

_____
SARAH L. CAVE
United States Magistrate Judge