UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request (ECF No. 115) to adjourn the telephone conference scheduled for December 17, 2021 is GRANTED, and the telephone conference is RE-SCHEDULED to **Monday, January 3, 2022 at 10:00 am** (the "January 3 Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. If the parties resolve their discovery issues without the need for further Court intervention, they shall file a letter requesting to cancel the January 3 Conference. Their letter shall also include a proposed summary judgment briefing schedule.

The Clerk of Court is respectfully directed to close ECF No. 115.

Dated:      New York, New York
              December 16, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**