UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The parties shall promptly meet and confer and, by **October 17, 2023**, file a joint letter, no longer than three (3) pages, advising whether they would like the Court to conduct a settlement conference or, if not, proposing a schedule for the completion of class and Monell discovery. To the extent the parties are unable to agree on a proposed schedule, they may set forth their competing proposals without argument.

Dated:      New York, New York
               October 3, 2023

                                    SO ORDERED.

                                    _/s/ Sarah L. Cave_
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**