UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

          Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 3858 (ALC) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 160 is GRANTED, and the settlement conference scheduled for November 20, 2023 is ADJOURNED to **Friday, January 12, 2024 at 10:00 am** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 156 at 5–7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **January 8, 2024**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8).

The Clerk of Court is respectfully directed to close ECF No. 160.

Dated:     New York, New York
            November 13, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**