UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
K.A. and D.S., individually and on behalf of a class of all others similarly situated,

                      Plaintiffs,

      - against -

THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, PHYSICIAN AFFILIATE GROUP OF NEW YORK, P.C., ANASTASIA BLACKMON, and DR. "JANE" VESSEL,

                      Defendants.
------------------------------------------------------------------X

Case No. 1:18-CV-03858 (ALC) (SLC)

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST BLACKMON AND VESSEL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**WHEREAS**, Plaintiffs have agreed to dismiss Defendants Anastasia Blackmon and Dr. "Jane" Vessel from this action without any admission of fault or liability;

**WHEREAS**, the parties have agreed to continue Plaintiffs' claims as against only the municipal defendants;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as against named Defendants Anastasia Blackmon and Dr. "Jane" Vessel.

Date: April 8, 2024

**HELD & HINES, LLP**

Uri Nazryan
2004 Ralph Avenue
Brooklyn, New York 11234
P: (718) 531-9700
unazryan@heldhines.com
*Counsel for Plaintiffs*

Respectfully Submitted,

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York

By: _____
Martin Bowe
100 Church Street, 2nd Floor
New York, NY 10007
P: (212) 356-0894
mbowe@law.nyc.gov
*Counsel for Defendants*