UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 18 Civ. 3858 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **August 23, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr.

Dated:    New York, New York
           August 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**