MARC J. HELD\*  
PHILIP M. HINES\*  

\*ALSO ADMITTED IN NEW JERSEY



**HELD & HINES LLP**  
ATTORNEYS AT LAW

EDWARD S. MILLER  
URI NAZRYAN  
OLIVER WILLIAMS  
CARL ZAPFFE\*  

OF COUNSEL  
JACK ANGELOU  
SHERRY D. DANZIG

MEMO ENDORSED

August 22, 2024

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: August 23, 2024

**Via ECF**  
Hon. Andrew L. Carter, Jr.  
U.S. District Court Judge  
Southern District of New York  
40 Foley Square, Room 435  
New York, NY 10007

Re:   *K.A., et al. v. The City of New York, et al.*, 1:18-cv-03858-ALC-SLC—Letter Request to Extend Time to File Stipulation of Dismissal

Dear Hon. Carter:

    I represent Plaintiffs in this case. I write to request a 30-day extension of the deadline to file the stipulation of dismissal, as required by the Court's order dated August 9, 2024 (dkt. 168)—and specifically, to extend the deadline from August 23, 2024 to September 23, 2024. All the settlement paperwork has been executed, but Plaintiffs are still waiting for the receipt of some of the settlement checks. The delay is likely due to a problem with the mail. The parties have been in regular communication about the checks. I understand that opposing counsel is out of the office this week and cannot be reached to consent to this letter request, though I expect he would consent. Nevertheless, as soon as the remaining checks are received, the parties will promptly file the stipulation of dismissal. Thank you.

Respectfully Submitted,

/s/ Uri Nazryan  
Uri Nazryan  
*Counsel for Plaintiffs*

cc (via ECF): All Counsel

SO ORDERED:  
/s/ Andrew L. Carter  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

August 23, 2024  
New York, NY

622 THIRD AVENUE, SUITE 600  
NEW YORK, NY 10017  
TEL: 212.696.4LAW  
FAX: 718.444.5768

WWW.HELDHINES.COM

4815 AVENUE N  
BROOKLYN, NY 11234  
TEL: 718.531.9700  
FAX: 718.444.5768