MARC J. HELD*
PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY



**HELD & HINES LLP**
ATTORNEYS AT LAW

EDWARD S. MILLER
URI NAZRYAN
OLIVER WILLIAMS
CARL ZAPFFE*

———————————
OF COUNSEL
JACK ANGELOU
SHERRY D. DANZIG

MEMO ENDORSED

September 23, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 24, 2024

**Via ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *K.A., et al. v. The City of New York, et al.*, 1:18-cv-03858-ALC-SLC—Joint Letter Request to Extend Time to File Stipulation of Dismissal

Dear Hon. Carter:

I represent Plaintiffs in this case. I write jointly on behalf of all parties to request a second 30-day extension of the deadline to file the stipulation of dismissal, as required by the Court's orders dated August 9, 2024 (dkt. 168) and August 23, 2024 (dkt. 170)—and specifically, to extend the deadline from September 23, 2024, to October 23, 2024. As explained in my letter dated August 22, 2024 (dkt. 169), all the settlement paperwork has been executed, but Plaintiffs are still waiting for the receipt of one settlement check, possibly due to a problem with the mail. The parties conferred today, and the City should be re-issuing the check shortly. The parties acknowledge that the process may take some time to complete, however, as soon as the final check is received, the parties will promptly file the stipulation of dismissal. Thank you.

Respectfully Submitted,

/s/ Uri Nazryan
Uri Nazryan
*Counsel for Plaintiffs*

cc (via ECF): All Counsel

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 24, 2024
New York, NY

622 THIRD AVENUE, SUITE 600
NEW YORK, NY  10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

4815 AVENUE N
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768