MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   October 24, 2024

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**MARTIN BOWE**
*Senior Counsel*
Tel: (212) 356-0894
Cell: (646) 498-7178
email:mbowe@law.nyc.gov

October 23, 2024

**VIA ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    *K.A., et al. v. The City of New*, 18-cv-3858 (ALC)(SLC)

Dear Judge Carter:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced action. I submit this letter to respectfully request a two week extension of the parties' deadline to file a final stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), which will close the docket permanently, from October 23 to November 6, 2024.  The additional two weeks will allow defendant the additional time needed to confer with the client regarding compliance with the non-monetary terms of the stipulation of settlement; we note that all settlement payments have been completed.  We apologize for the lateness of this request and inconvenience for the Court.  The undersigned anticipated being able to complete the verification process by today; due to staffing issues at the client agency I was unable to meet this deadline.

    Thank you for considering this request.

Respectfully submitted,
    /s/
_____
Martin Bowe
Senior Counsel

Cc:    Uri Nazryan, *Esq.,* for plaintiffs *via* ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 24, 2024
New York, NY