

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
                                                    DATE FILED: November 7, 2024
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**MARTIN BOWE**
*Senior Counsel*
Tel: (212) 356-0894
Cell: (646) 498-7178
email:mbowe@law.nyc.gov

November 6, 2024

**VIA ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        Re:    *K.A., et al. v. The City of New*, 18-cv-3858 (ALC)(SLC)

Dear Judge Carter:

      I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced action. I submit this letter to respectfully request a four-day extension of the parties' deadline to file a final stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), which will close the docket permanently, from November 6 to November 12, 2024. The additional four days will allow defendant the additional time needed to confer with the client regarding compliance with the non-monetary terms of the stipulation of settlement; we note that all settlement payments have been completed. We apologize for the lateness of this request and inconvenience for the Court. This late request is occasioned by an illness for the undersigned end of last week through yesterday together with client-staff being out on leave. I have fully conferred with the client by telephone and am confident that we will be able to complete our confirmation process no later than next Tuesday, but I anticipate being able to fully confirm by end of day Friday.

      Therefore, we respectfully request that the filing deadline of today be extended to November 12, 2024.

      Thank you for considering this request.

Respectfully submitted,
/s/
Martin Bowe
Assistant Corporation Counsel

Cc:    Uri Nazryan, *Esq.,* for plaintiffs *via* ECF

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 7, 2024
New York, NY